IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| KRISTINA LYNN BUTLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 1:18-CV-292 |
| | ) |
| COVENANT CARE INDIANA, INC. | ) |
| | ) |
| Defendant. | ) |

**OPINION AND ORDER**

Plaintiff, Kristina Lynn Butler ("Butler"), proceeding *pro se*, filed her original complaint [DE 1] along with a Motion for Leave to Proceed *in forma pauperis* [DE 2]. Because Butler did not meet the financial requirements for *in forma pauperis* status, her motion for leave to proceed without prepayment of the filing fee was DENIED. [DE 3]. Butler subsequently paid the filing fee on November 20, 2018. Since that time, however, the case has remained stagnant and, the Defendant in this action was not served within 90 days after the filing of the Complaint. On August 19, 2019, the Magistrate Judge issued a Notice and Order directing Butler to show good cause for failure to complete the service requirement and advised her that her action would be dismissed after September 16, 2019, if no action was taken. [DE 6]. Butler has not responded to this notice. As a result, her Complaint is DISMISSED without prejudice for failure to complete process pursuant to Federal Rule of Civil Procedure 4(m).

SO ORDERED. This 7th day of October, 2019.

s/ William C. Lee
United States District Court